THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | CASE NO. C21-1002-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ROGER MAY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion (Dkt. No. 20) to either (a) strike the hearing on Plaintiff's summary judgment motion or (b) relieve Defendants from responding to Plaintiff's motion within the time period provided by the Local Rules. Based upon the record before the Court, it would be most efficient to *first* address Defendants' motion to stay the case (Dkt. No. 14) *before* addressing Plaintiff's motion for summary judgment (Dkt. No. 16).

Accordingly, Defendants' motion (Dkt. No. 20) is GRANTED in part and DENIED in part. The Court STAYS consideration of Plaintiff's motion for summary judgment (Dkt. No. 16) pending resolution of Defendants' motion to stay the case (Dkt. No. 14).

The due date for Defendants to respond to Plaintiff's motion for summary judgment (Dkt.

MINUTE ORDER
C21-1002-JCC
PAGE - 1

No. 16), as provided under the Local Rules, is hereby VACATED. The Court will issue a revised briefing schedule and hearing date on for Plaintiff's summary judgment motion (Dkt. No. 16) once it decides Defendants' motion to stay the case (Dkt. No. 14).

DATED this 23rd day of September 2021.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk