THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>      Plaintiff,<br> v.<br><br>RODGER MAY, *et al.*,<br><br>      Defendants. | CASE NO. C21-1002-JCC<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    The Court had previously stayed consideration of Plaintiff's motion for summary judgment (Dkt. No. 16) pending the outcome of a King County Superior Court reasonableness hearing. (*See* Dkt. No. 28.) Based on the parties' recent joint status report (Dkt. No. 30), the Court understands that the King County Superior Court's determination, following its reasonableness hearing, did not moot Plaintiff's summary judgment motion. (*See* Dkt. No. 30 at 1–2.) As such, the parties propose that Plaintiff's motion (Dkt. No. 16) be noted for the Court's consideration on June 17, 2022, with Defendant Rodger May's response brief due June 13, 2022 and Plaintiff's reply brief due June 17, 2022. (Dkt. No. 30 at 2.)

    The Court adopts the parties' proposal. The Clerk is DIRECTED to renote Docket

Number 16 to June 17, 2022.

DATED this 10th day of May 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk