The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RODGER MAY, an individual; MK SALVAGE VENTURE LLC; a Washington limited liability company; BEAR ENTERPRISES LLC, a Washington limited liability company, and PETER KUTTEL, an individual,<br><br>Defendants. | NO. 2:21-cv-1002-JCC<br><br>PLAINTIFF GREAT AMERICAN INSURANCE COMPANY'S MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE<br><br>**Clerk's Action Required** |

Plaintiff Great American Insurance Company ("Great American") moves for the voluntary dismissal of defendants MK Salvage Venture LLC, Bear Enterprises LLC, and Peter Kuttel only, without prejudice and without fees and costs.

GREAT AMERICAN'S MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE – NO. 2:21-cv-1002-JCC

- 1 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1887585.doc/051122 1308/6550-0093

DATED this 10th day of May, 2022.

        BETTS, PATTERSON & MINES, P.S.

By   /s Joseph D. Hampton
By   /s Kara A. Tredway
    Joseph D. Hampton, WSBA #15297
    Kara A. Tredway, WSBA #44984
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:   (206) 292-9988
Facsimile:   (206) 343-7053
E-mail:   jhampton@bpmlaw.com
E-mail:   ktredway@bpmlaw.com

Attorneys for Plaintiff Great American Insurance Company

GREAT AMERICAN'S MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE – NO. 2:21-cv-1002-JCC

- 2 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1887585.doc/051122 1308/6550-0093

# ORDER

It is hereby ORDERED that any and all claims by plaintiff Great American Insurance Company against defendants MK Salvage Venture LLC, Bear Enterprises LLC, and Peter Kuttel only are hereby dismissed without prejudice and without costs.

DATED this 12th day of May 2022.

_/s/ John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

BETTS, PATTERSON & MINES, P.S.

By   /s Joseph D. Hampton
By   /s Kara A. Tredway
   Joseph D. Hampton, WSBA #15297
   Kara A. Tredway, WSBA #44984
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:   (206) 292-9988
Facsimile:   (206) 343-7053
E-mail:   jhampton@bpmlaw.com
E-mail:   ktredway@bpmlaw.com

Attorneys for Plaintiff Great American Insurance Company

GREAT AMERICAN'S MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE – NO. 2:21-cv-1002-JCC

- 3 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1887585.doc/051122 1308/6550-0093

# CERTIFICATE OF SERVICE

I, Joseph D. Hampton, hereby certify that on May 10, 2022, I electronically filed the following:

- **Plaintiff Great American Insurance Company's Motion For Voluntary Dismissal Of Certain Defendants With Prejudice; and**
- **Certificate of Service;**

with the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Defendant May*:
Michael T. Zoretic
Zoretic Law
P.O. Box 427
Pateros, WA 98846-0427
(206) 465-8109
mike@zoreticlaw.com

*Counsel for Defendant MK Salvage*:
Terence K. McGee
McGee Law Offices PLLC
15711 NE 143rd Place
Woodinville, WA 98072-9069
(425) 368-2321
tkmcgee@mcgeelaw.net

*Counsel for Defendants Bear Ent. and Kuttel*:
James F. Williams
Zachary Davison
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3095
(206) 359-8000
jwilliams@perkinscoie.com
zdavison@perkinscoie.com

GREAT AMERICAN'S MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE – NO. 2:21-cv-1002-JCC

- 4 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1887585.doc/051122 1308/6550-0093

1    Dated this 10th day of May, 2022.

2                                              BETTS, PATTERSON & MINES, P.S.

By   /s Joseph D. Hampton
By   /s Kara A. Tredway
     Joseph D. Hampton, WSBA #15297
     Kara A. Tredway, WSBA #44984
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:   (206) 292-9988
Facsimile:    (206) 343-7053
E-mail:       jhampton@bpmlaw.com
E-mail:       ktredway@bpmlaw.com

Attorneys for Plaintiff Great American Insurance Company

GREAT AMERICAN'S MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE – NO. 2:21-cv-1002-JCC

- 5 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1887585.doc/051122 1308/6550-0093