# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>   v.<br><br>RODGER MAY,<br><br>             Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C21-1002-JCC |

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Summary judgment is GRANTED to Plaintiff on all claims. Defendant's counterclaims are DISMISSED with prejudice.

DATED this 19th day of December 2022.

RAVI SUBRAMANIAN
Clerk of Court

/s/ *Sandra Rawski*
Deputy Clerk